UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FAEZEH RAZJOUYAN,              )
                                 )
     Plaintiff(s),            )
                                 )
     v.                     )     No. 4:25-CV-01215-SEP
                                 )
ST. LOUIS UNIVERSITY,      )
                                 )
     Defendant(s).        )
                                 )

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

**Option 1**

[ ]   The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

**Option 2**

[XX]   An ADR conference was held on: __6/15/26_____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _____.
The parties  [□ did   □ did not]  achieve a settlement. ***Check one***

**Option 3**

[ ]   Although this case was referred to ADR, a conference WAS NOT HELD.

Date: __6/17/26_____    Neutral: s/Stephen  Williams _____

                                          WILLIAMS, STEPHEN C.
                                        Signature