**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FAEZEH RAZJOUYAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 4:25-cv-01215-SEP |
| v. | ) | |
| | ) | |
| SAINT LOUIS UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

COME NOW the parties, Plaintiff Faezeh Razjouyan, MD and Defendant Saint Louis University, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the voluntary dismissal with prejudice of the above-captioned action against Saint Louis University.

Respectfully submitted,

**LEWIS RICE LLC**

By: /s/ *Sarah E. Mullen (w/ consent)*
Sarah E. Mullen, #61058MO
Lindsey M. Bruno, #73055MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-7600 (telephone)
(314) 612-7600 (facsimile)
smullen@lewisrice.com
lbruno@lewisrice.com

*Attorneys for Defendant*

**KENNEDY HUNT, P.C.**

By: /s/ *Nicole A. Matlock*
Nicole A. Matlock, #66894MO
4500 W. Pine Blvd.
St. Louis, Missouri 63108
(314) 872-9041
(314) 872-9043
nmatlock@kennedyhuntlaw.com

*Attorneys for Plaintiff*